IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE | BANKRUPTCY NO. 10-20577-JFS |
| GLORIA GREENE<br>   DEBTOR | CHAPTER 13 |

## OBJECTION TO CONFIRMATION OF PLAN

Wells Fargo Bank, N.A. as Servicer for US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates Series 2006-WFHE3, a secured creditor, by its attorney, Mark S. Devan, files this Objection to Confirmation of Plan and states:

1. That Wells Fargo Bank, N.A. as Servicer for US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates Series 2006-WFHE3 holds a Deed of Trust/Mortgage on the property known as 6731 Fox Meadow Road, Gwynn Oak, MD 21207-5683 which is owned by the Debtor(s).

2. The plan does not provide for the full payment of the arrearages of $15,253.07. The plan provides for $10,406.97.

WHEREFORE, Wells Fargo Bank, N.A. as Servicer for US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates Series 2006-WFHE3 requests this Honorable Court deny confirmation of the Plan as filed by the Debtor(s).

/s/  Mark S. Devan
Mark S. Devan
Bar Number 07743
Covahey, Boozer, Devan, & Dore, P.A.
606 Baltimore Avenue
Suite 302
Towson, MD 21204
(410) 828-5525
Attorney for Movant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June, 2010, a copy of the foregoing Objection to Confirmation of Plan has been served upon the following parties in interest, via either electronic mail or first class mail postage prepaid:

Gloria Greene
6731 Fox Meadow Road
Gwynn Oak, MD 21207-5683

Jeffrey M. Sirody
Sirody, Freiman & Feldman
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208
smeyers5@hotmail.com

Gerard R. Vetter
100 S. Charles Street
Suite 501, Tower II
Baltimore, MD 21201-2721
courtfiles@grvch13.com

/s/_Mark S. Devan_____
Mark S. Devan
bankruptcy@mdmtglaw.com